No. 6152.—G. LLINÁS & CÍA., S. EN C., aplda., *v.* SUCN. MARIANI BARTOLI, ETC., aplte.—C. D. Ponce. —Enero 17, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

No estando convencidos de que el recurso de apelación interpuesto por la parte demandada sea frívolo, se declara sin lugar la moción para desestimar la apelación.

No. 6153.—SOLIVELLAS & Co., SUCRS., aplda., *vs.* SUCN. MARIANI BARTOLI, ETC., aplte. — C. D. Ponce. — Enero 17, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

No estando convencidos de que el recurso de apelación interpuesto por la parte demandada sea frívolo, se declara sin lugar la moción para desestimar la apelación.